428 A.2d 267

Commonwealth v. Walton, Appellant.

Submitted March 21, 1980. Thomas J. Mullaney, Jr., for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

The order of the lower court is hereby affirmed.

428 A.2d 267

Commonwealth ex rel. Harvey v. Moculski, Appellant.

Submitted November 16, 1979. Mark S. Sedley, for appellant; Murray Shapiro, for appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.